**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELAINE MASON, on behalf of herself, and all others similarly situated,<br>  Plaintiff,<br><br>v.<br><br>M3 FINANCIAL SERVICES, INC., an Illinois corporation,<br>  Defendant. | Case No.: 15-cv-4194<br><br>Honorable Andrea R. Wood<br><br>Honorable Susan E. Cox, Magistrate Judge |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE**

The Parties respectfully move this Court for a short extension, to and including November 7, 2017, to file their motion for preliminary approval, stating as follows:

1. On October 4, 2017, this Court entered an order contenting Plaintiff's deadline to file her Motion for Preliminary Approval of Settlement until October 27, 2017.

2. Prior to the issuance of the October 4th Order and continuing through the present, the parties have sought to obtain contact information for putative class members through reverse lookups in order to complete preparations for the proposed calls notice. The reverse look up is now complete, however, at present the Parties represent they need approximately an additional week to finalize the Settlement Agreement and notice documents, and thereafter file for preliminary approval.

4. This is the parties' second motion for an extension of preliminary approval filing.

5. This motion is not brought for purposes of harassment or delay, and no party will be prejudiced by the granting of this motion.

WHEREFORE, the parties request that the Court continue the current deadline of October 27, 2017 for filing preliminary approval papers to November 7, 2017.

Dated: October 27, 2017    **SALAS WANG LLC**

s/ Jeffrey M. Salas
Jeffrey M. Salas
73 W. Monroe, Suite 219
Chicago, IL 60603
Tel: 312.803.4963
Fax: 312.244.3151
jsalas@salaswang.com

s/ Ronald A. Marron

Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
Ronald A. Marron (pro hac vice pending)
*ron@consumersadvocates.com*
Alexis M. Wood (pro hac vice pending)
*alexis@consumersadvocates.com*
Kas L. Gallucci (pro hac vice pending)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006

*Attorneys for Plaintiff and the Proposed Class*

Dated: October 27, 2017

s/Jason M. Kuzniar
Jason M. Kuzniar
Wilson Elser Moskowitz
    Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603-5001
Tel: 312.704.0550
Fax: 312.704.1522
jason.kuzniar@wilsonelser.com

*Attorneys for Defendant*