IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE MASON, on behalf of herself, and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>M3 FINANCIAL SERVICES, INC., an Illinois corporation,<br>    Defendant. | Case No.: 15-cv-4194<br><br>Honorable Andrea R. Wood<br><br>Honorable Susan E. Cox, Magistrate Judge |

**PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD**

Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiff Elaine Mason ("Plaintiff"), respectfully requests that the Court enter an Order approving her request for an award of reasonable attorneys' fees and expenses to Class Counsel, and an incentive award for her role as Class Representative in connection with the Parties' proposed class action settlement of this matter. Plaintiff's motion is based up on her Notice of Motion, the Memorandum (and the declaration and exhibits attached thereto) in support of the motion, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith.

WHEREFORE, Plaintiff, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (1) approving an award of $180,000 in attorneys' fees to Class Counsel, (2) approving an award of reasonable litigation costs in the amount of $20,123.86 to Class Counsel, (3) approving an incentive award of $5,000 in recognition of her efforts on behalf of the Settlement Class, and (4) providing such other and further relief as the Court deems reasonable and just.

| | |
|---|---|
| Dated: March 7, 2018 | **LAW OFFICES OF RONALD A. MARRON**<br><br>*/s/ Ronald A. Marron*<br><br>By: Ronald A. Marron<br>**LAW OFFICES OF RONALD A. MARRON**<br>Ronald A. Marron (pro hac vice)<br>*ron@consumersadvocates.com*<br>Alexis M. Wood (pro hac vice)<br>*alexis@consumersadvocates.com*<br>Kas L. Gallucci (pro hac vice)<br>*kas@consumersadvocates.com*<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone: (619) 696-9006 |
| Dated: March 7, 2018 | */s/ Jeffrey M. Salas*<br>By: Jeffrey M. Salas<br>**SALAS WANG LLC**<br>73 W. Monroe, Suite 219<br>Chicago, Illinois 60603<br>Telephone: (312)803-4963<br><br>*Class Counsel* |

1